UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas,
  Plaintiff

vs.

President George W. Bush, et al
  Defendants

Civil action 06-0464

Motion:
Requesting this court to order Corcoran state prison to forward Plaintiff certify trust account for six months

Plaintiff approach this court give this court notice of the circumstance that the Plaintiff suffer for filing forma pauperis. It's a female white, counselor within Administrative Segregation unit 3A03 on 2nd shift who is conniving with the defendants, to obstruct the filing of the forma pauperis so that this complaint can be dismissed. The Plaintiff request this court to order Corcoran state prison trust office to forward the Plaintiff certify trust account for six months.

Dated: April 17, 2006

RECEIVED
APR 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
    Plaintiff

Vs

President George W. Bush, et al
    Defendant

Case Number

Proof of service

I hereby certify that on April 17, 2006, I served a copy of the attached, motion, by placing a copy in a postage paid envelope addressed to the person(s) home number listed, by depositing said envelope in the United States mail at:

Clerk's off.      Nancy Mayer-Whittington, Clerk
U.S. District Court,
Room 1225
333 Constitution Ave
N.W.
Washington D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.