Keith Thomas CDCT-67081
CSP- SACRAMENTO
FB2 Cell-215
P.O. Box 290066
Repmesa, CA. 95671

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1

2                                              Civil Action No. 06-6464

3  Keith Thomas                                Notice of change
      Plaintiff                                of Address

4

5  V                                           **RECEIVED**

6  President George W. Bush                    JUN 2 6 2006
         et al
7       Defendants                             NANCY MAYER WHITTINGTON, CLERK
                                               U.S. DISTRICT COURT
8

9

10   Plaintiff A prisoner give notice to this court that the Plaintiff has
11  transfer to another prison in the state of California at CSP- SACRAMENTO
12  P.O. Box 290066, Repmesa, CA. 95671. The Plaintiff request this court to send
13  all notice to this address

14    Plaintiff declare under penalty of perjury that the foregoing
15  is true and correct.

16

17  Dated: June 21, 2006                                Respectfully submitted

18                                                      [signature]

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Columbia

Keith Thomas
  Plaintiff

V

President George W. Bush
      et Al,
   Defendants.

Civil Action No 06-0464

Declaration
Submission of inmate trust Fund account statement.

The Plaintiff has attached a copy of the Plaintiff's trust account statement attest by the California department of correction.

~~Dated~~    ~~-------~~ Plaintiff declare under penalty of perjury that the foregoing is true and correct

Dated: June 21, 2006.

Respectfully submitted
[signature]

```
REPORT ID: TS3030                                   REPORT DATE: 04/17/06
                                                    PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: NOV. 01, 2005 THRU APR. 17, 2006

ACCOUNT NUMBER : T67081              BED/CELL NUMBER: 3A0300000000104U
ACCOUNT NAME   : THOMAS, KEITH PREZELL     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
   DATE       HOLD
  PLACED      CODE       DESCRIPTION          COMMENT      HOLD AMOUNT
 ----------   ----   ---------------------   ----------    -----------
 04/23/2004   H104   DAMAGES HOLD            304463/TV          80.50
 04/23/2004   H111   LIBRARY HOLD            304463/BOK          5.99
 04/26/2004   H107   POSTAGE HOLD            304473              2.35
 04/26/2004   H107   POSTAGE HOLD            304473              1.06
 04/26/2004   H107   POSTAGE HOLD            304473              3.30
 04/26/2004   H107   POSTAGE HOLD            304473              7.40
 04/26/2004   H107   POSTAGE HOLD            304473              3.50
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              3.60
 04/26/2004   H107   POSTAGE HOLD            304473              1.20
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              0.83
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              0.83
 04/26/2004   H107   POSTAGE HOLD            304473              0.74
 04/26/2004   H107   POSTAGE HOLD            304473              0.60
 04/26/2004   H107   POSTAGE HOLD            304473              0.80
 04/26/2004   H107   POSTAGE HOLD            304473              0.80
 04/26/2004   H107   POSTAGE HOLD            304473              0.20
 04/26/2004   H107   POSTAGE HOLD            304473              0.80
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              0.80
 04/26/2004   H107   POSTAGE HOLD            304473              0.80
 04/26/2004   H107   POSTAGE HOLD            304473              0.83
 04/26/2004   H107   POSTAGE HOLD            304473              0.83
 04/26/2004   H107   POSTAGE HOLD            304473              0.60
 04/26/2004   H107   POSTAGE HOLD            304473              3.85
 04/26/2004   H107   POSTAGE HOLD            304473              1.60
 04/26/2004   H107   POSTAGE HOLD            304473              0.80
 04/26/2004   H107   POSTAGE HOLD            304473              0.37
 04/26/2004   H107   POSTAGE HOLD            304473              7.21
 04/26/2004   H107   POSTAGE HOLD            304473              1.60
 04/26/2004   H107   POSTAGE HOLD            304473              0.80
 04/26/2004   H107   POSTAGE HOLD            304473              0.80
```

```
REPORT ID: TS3030                                          REPORT DATE: 04/17/06
                                                           PAGE NO:       2
                         CALIF. STATE PRISON CORCORAN
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: NOV. 01, 2005 THRU APR. 17, 2006

ACCT: T67081      ACCT NAME: THOMAS, KEITH PREZELL      ACCT TYPE: I
```

                    CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 05/04/2004 | H107 | POSTAGE HOLD | 304567 | 0.49 |
| 06/14/2004 | H111 | LIBRARY HOLD | 5181/WSP | 2.99 |
| 06/14/2004 | H111 | LIBRARY HOLD | 5181/WSP | 6.50 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/20/2004 | H107 | POSTAGE HOLD | 400272 | 0.37 |
| 07/22/2004 | H107 | POSTAGE HOLD | 400326 | 0.37 |
| 08/06/2004 | H107 | POSTAGE HOLD | 400526 | 0.37 |
| 08/10/2004 | H107 | POSTAGE HOLD | 400545 | 0.37 |
| 08/16/2004 | H107 | POSTAGE HOLD | 400641 | 0.37 |
| 08/17/2004 | H107 | POSTAGE HOLD | 400658 | 0.37 |
| 08/20/2004 | H107 | POSTAGE HOLD | 0733/8-18 | 0.37 |
| 08/26/2004 | H107 | POSTAGE HOLD | 400800 | 0.37 |
| 09/01/2004 | H107 | POSTAGE HOLD | 400843 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.49 |
| 09/08/2004 | H107 | POSTAGE HOLD | 400930 | 0.37 |
| 09/09/2004 | H107 | POSTAGE HOLD | 400941 | 0.37 |
| 05/04/2005 | H107 | POSTAGE HOLD | 4156/04-21 | 0.49 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |

```
REPORT ID: TS3030                                        REPORT DATE: 04/17/06
                                                         PAGE NO:        3
                         CALIF. STATE PRISON CORCORAN
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2005 THRU APR. 17, 2006

ACCT: T67081       ACCT NAME: THOMAS, KEITH PREZELL        ACCT TYPE: I


                              CURRENT HOLDS IN EFFECT
   DATE         HOLD
  PLACED        CODE       DESCRIPTION          COMMENT       HOLD AMOUNT
  ----------    ----    ----------------------  ----------    -----------
  10/17/2005    H107    POSTAGE HOLD            1448/10/11           0.37
  10/17/2005    H107    POSTAGE HOLD            1448/10/11           0.37
  03/22/2006    H109    LEGAL POSTAGE HOLD      3288/03-16           3.80
  03/22/2006    H109    LEGAL POSTAGE HOLD      3288/03-16           0.63
  03/24/2006    H109    LEGAL POSTAGE HOLD      3322/03-19           0.39
  03/24/2006    H109    LEGAL POSTAGE HOLD      3322/03-20           0.63
  03/24/2006    H109    LEGAL POSTAGE HOLD      3322/03-20           0.39
  03/28/2006    H109    LEGAL POSTAGE HOLD      3359/03-21           0.39
  03/28/2006    H109    LEGAL POSTAGE HOLD      3359/03-24           0.63
  03/28/2006    H109    LEGAL POSTAGE HOLD      3359/03-24           0.39
  03/28/2006    H109    LEGAL POSTAGE HOLD      3359/03-24           1.11
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/02-28           0.63
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/02-28           0.63
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/02-28           0.53
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/02-28           0.63
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/02-28           2.31
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/02-28           0.53
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/02-28           1.59
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/03-24           0.39
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/03-24           0.39
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/03-24           0.39
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/03-24           0.39
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/03-27           0.87
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/03-28           1.35
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/03-29           0.96
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/04-02           4.20
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/04-02           7.72
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/04-04           5.34
  04/07/2006    H109    LEGAL POSTAGE HOLD      3429/04-04           5.09
  04/14/2006    H118    LEGAL COPIES HOLD       3550/04-04           3.05

                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
  --------     --------    -----------    --------     --------     ------------
     0.00         0.00          0.00         0.00       213.86            0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                      ------------
                                                          213.86-
                                                      ------------
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of <u>COLUMBIA</u>

<u>Keith Thomas</u> Plaintiff

V.

<u>President George W. Bush et n</u>

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06-0464

I, <u>Keith Thomas</u> declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration <u>Corcoran State Prison</u>

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                             ☐ Yes   ☒ No
   f. Any other sources                                 ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.