# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 06-5218**                                          **September Term, 2006**

06cv00464

Filed On: April 3, 2007 [1032659]

Keith Thomas,
       Appellant

v.

George W. Bush, President of the United States, et al.,
       Appellees

FILED JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 5/25/07
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

## ORDER

By order filed February 16, 2007, directing appellant to pay the full $455.00 filing and docketing fee to the district court by March 19, 2007. The order was sent to appellant by warden letter. To date, appellant has not complied with the court's February 16, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

BY:

                                                Elizabeth V. Scott
                                                Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk